LAW OFFICES OF DAVID R. GREIFINGER
David R. Greifinger (SBN 105242)
15515 W. Sunset Blvd., No. 214
Pacific Palisades, CA 90272
Telephone: (424) 330-0193
Facsimile: (831) 920-4864
tracklaw@me.com

Attorneys for Judgment Creditor

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK C. LEWIS, a Texas Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN MORGAN, INC., a California Corporation, and RANDALL E. SLAVIN, an individual,<br><br>Defendants. | Case No. CV86-2897 (JR)<br><br>**RENEWED JUDGMENT**<br><br>Date of Original Judgment: March 23, 1988 (Case No. CV 86-2897-T)<br><br>Judgment Previously Renewed on February 18, 1998, and February 19, 2008 |

Judgment is renewed in favor of Plaintiff Frederick C. Lewis, Inc., a Texas Corporation, and against Defendants Justin Morgan, Inc. and Randall E. Slavin, an individual, jointly and severally, as follows, plus interest from the date of renewal at the rate provided by law:

**[proposed] RENEWED JUDGMENT**

| | | |
|---|---|---|
| ORIGINAL JUDGMENT: | $ | 729,745.00 |
| COSTS: | | 5,276.41 |
| POST-JUDGMENT INTEREST: | | 1,459,183.50 |
| TOTAL RENEWED JUDGMENT: | | $2,194,204.91 |

Dated: January 24, 2018   _____

SHARON HALL-BROWN
DEPUTY CLERK
_____
United States District Court
Central District of California